**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **HIGH QUALITY PRINTING INVENTIONS, LLC,** | ) ) ) | |
| **Plaintiff,** | ) ) | **Civil Action No. 1:15-cv-10612** |
| **v.** | ) ) | **Judge Harry D. Leinenweber** |
| **MASTER MARKETING INTERNATIONAL, INC. d/b/a MAGNETSTREET,** | ) ) ) ) | **Jury Trial Demanded** |
| **Defendant.** | ) ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

High Quality Printing Inventions, LLC ("Plaintiff") and Master Marketing International, Inc. notify the Court that the parties have reached a settlement of all claims in this case. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendant hereby stipulate to the dismissal of the Complaint [Doc. 1] and Answer, Affirmative Defenses, and Counterclaims [Doc. 17] in this Civil Action and all claims asserted therein with prejudice. Each party will bear its own attorneys' fees and expenses.

Respectfully submitted,

s/Tobin J. Taylor
Tobin J. Taylor
Heyl, Royster, Voelker & Allen
33 N. Dearborn St., 7th Floor
Chicago, IL 60602
Telephone: (312) 853-8700
Facsimile: (312) 782-0040
Email: ttaylor@heylroyster.com

*Counsel for Plaintiff High Quality Printing Inventions, LLC*

s/Michael Mazza _____
Michael Mazza
Dana Alvarado
Paul Hale
Michael P. Mazza LLC
686 Crescent Blvd.
Glen Ellyn, IL 60137
Email: mazza@mazzallc.com
      dana@mazzallc.com
      paul@mazzallc.com

*Counsel for Defendant Master Marketing International, Inc.*

## CERTIFICATE OF SERVICE

On February 23, 2016, the foregoing document was electronically filed. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail, postage prepaid. Parties may access this filing through the Court's electronic filing system.

Michael Mazza
Dana Alvarado
Paul Hale
Michael P. Mazza LLC
686 Crescent Blvd.
Glen Ellyn, IL 60137
Email: mazza@mazzallc.com
      dana@mazzallc.com
      paul@mazzallc.com

s/Tobin J. Taylor_____
Tobin J. Taylor